1   ERIC J. RANS, CSB 195615
    erans@mrllp.com
2   DAVID J. WILLIAMS, CSB 236919
    dwilliams@mrllp.com
3   **MICHELMAN & ROBINSON, LLP**
    17901 Von Karman Avenue, 10th Floor
4   Irvine, California 92614
    Telephone:  714-557-7990
5   Facsimile:  714-557-7991
6   Attorneys for Plaintiff JOSEPH SANBERG

7

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANBERG, an individual, | CASE NO. EDCV14-02480 DMG (DTBx) |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **(1)** **Violation of 15 U.S.C. § 8131 (Cyberpiracy);** |
| RICK SANBERG, an individual, and DOES 1 through 50, Inclusive, | **(2)** **Invasion of Privacy (False Light); and** |
| Defendants. | **(3)** **Defamation (Libel)** |
| | **JURY TRIAL DEMAND** |

Plaintiff JOSEPH SANBERG, an individual ("Plaintiff" and/or "JOSEPH") hereby alleges as follows:

## THE PARTIES

1.    Plaintiff JOSEPH is, and at all times relevant to the matters contained herein, was, an individual, residing in, and conducting business in, the County of Los Angeles, State of California.

2.    Defendant RICK SANBERG, an individual ("RICK") is, and at all times relevant to the matters contained herein, was, an individual, residing in, and conducting business in, the County of Los Angeles, State of California.

3.    Plaintiff JOSEPH is currently unaware of the true names of Doe 1 through 50, inclusive. Plaintiff JOSEPH will amend this complaint to identify the

1

177682

1   true names of Does 1 through 50, inclusive, when the true names and identities have
2   been ascertained. Plaintiff JOSEPH is informed and believes and therefore alleges
3   that Does 1 through 50, inclusive, were involved in the matters contained herein and
4   were a substantial factor in the causing harm to Plaintiff JOSEPH, as specified more
5   fully herein.

6       4.    Plaintiff JOSEPH is informed and believes, and on that basis alleges,
7   that each of the Defendants, in doing the things alleged herein, was, and continues to
8   be, an agent, servant or employee of one another, and that in doing the things
9   alleged herein was acting within the course and scope of such agency, authority and
10  employment. Each of the Defendants is responsible for the losses, damages and
11  harm suffered by Plaintiff JOSEPH.

12      5.    Plaintiff JOSEPH is further informed and believes, and on that basis
13  alleges, that each of the Defendants named herein are and were, in doing the things
14  herein alleged, acting in concert and in a conspiracy to do JOSEPH harm, such that
15  each Defendant is jointly and severally responsible and liable to JOSEPH for the
16  damage alleged herein.

17            **JURISDICTION AND VENUE**

18      6.    Plaintiff JOSEPH is a citizen of California. Defendant RICK is also a
19  citizen of California.

20      7.    Pursuant to Title 28, Section 1331, of the United States Code, this court
21  has Federal Jurisdiction over this matter since it arises under Federal Statutes
22  including United States Code (hereafter, "U.S.C."), Title 15, Section 8131.

23            **GENERAL ALLEGATIONS**

24      8.    Plaintiff is a public and private entrepreneur and investor whose
25  innovative approach has garnered significant business success on behalf of his
26  clients and investors. Plaintiff has co-founded two innovative financial services
27  companies, and is actively involved in a range of business and numerous
28

**COMPLAINT**

177682

philanthropic enterprises, including holding the position of chairmanship of the board of governors of the Jefferson Awards Foundation.

9.    In addition to his service with the Jefferson Awards Foundation, Plaintiff serves on the board of the Junior Statesmen Foundation. He has also established the Sanberg International Leadership Program, focused on forming future international leaders by introducing students to foreign languages, providing immersion experiences abroad, and instruction directed towards leadership development, at Servite High School in Orange County, California.

10.    Plaintiff has been using the "JOE SANBERG" and "JOSEPH SANBERG" names and marks (collectively, the "Names") in commerce, and in connection with public and political speaking and appearances since long before the registration of the internet domain names that are the subject of this Action.  More specifically, Plaintiff has continuously and substantially used the Names commercially in the United States since at least as early as 2000 in connection with entertainment and educational services including public speaking and community organizing, and in connection with financial services.  Plaintiff also uses his renown and the good will of the Names to promote charitable causes.

11.    According to US Census Bureau data, Plaintiff is the only individual in the United States named "Joe Sanberg", and he is one of only two individuals in the United States named "Joseph Sanberg". The US Census Bureau data for each name are attached hereto, respectively, as Exhibits "A" and "B" and are incorporated herein by this reference.

12.    In or around August 2014, Plaintiff became aware that someone had registered both of the following internet domain names "JOESANBERG.COM" and "JOSEPHSANBERG.COM" (sometimes, collectively hereafter, the "Domain Names"), on or about August 8, 2014.

13.    Additionally, on both of those websites, someone posing as "Joseph Sanberg" and/or "Joe Sanberg", and entitled both internet pages "Joseph Sanberg /

3

**COMPLAINT**

177682

My Personal Blog." On those internet domain pages, the registered Domain Name party was posing as Plaintiff and was posting numerous sexist, racist, derogatory and/or harsh political statements and blog entries, which also provided purported right leaning commentary and which named celebrities and also commented on Plaintiff's purported views relating to those people and topics, which were not the views of Plaintiff (sometimes, the "Blog Entries"). A few of the Blog Entries are attached hereto as Exhibit "C" and are incorporated herein by this reference.

14.    By way of example, some of the Blog Entries included the following statements:

1926, VIENNA: WORLD'S FIRST MENS RIGHTS ORGANIZATION

OCTOBER 1, 2014/ LEAVE A COMMENT

*"A revolt of the down-trodden male against the domineering female is, on the way in Vienna where the "Rights for Men" League has been founded to start the battle. The League, which held its first big mass meeting recently, is composed so far only of bachelors, divorced husbands, and unmarried fathers. The still married husbands, the members insist, would like to join, but their wives won't let them, which in itself is cited as proof for the need of such an organization."*

EMMA WATSON WANTS ALL MEN TO BE WHITE KNIGHTS

SEPTEMBER 26, 2014/ LEAVE A COMMENT

Emma Watson spoke to the UN and asked, no challenged, men to put an end to gender in equality. She, a rich privileged white woman who has never faced diversity, is calling upon men to fix the imaginary oppression she's put under. It is insulting to our intelligence and screams "first world problem" (that arguably doesn't exist in modern society.)

Modern feminists view men as the disposable gender. Evidence by the

4

**COMPLAINT**

fact that there is no ambassador for "UN Men."

WHY MARRIAGE MATTERS

SEPTEMBER 18, 2014/ LEAVE A COMMENT

New California legislation (Senate bill 1306) is changing the terms "husband and wife" to "spouse and spouse" so as not appear discriminatory. But the unfortunate side effect is that this is an ambiguous term that fails to define the union adequately in order to appease same sex couples.

GENDER DISCRIMINATION AGAINST MEN

SEPTEMBER 18, 2014/ LEAVE A COMMENT

**Elementary School Bias Against Boys Sets Them Up For Failure**

If the gender was flipped we would call the male teacher "sexist."

15.    Upon finding the subject websites, Plaintiff contacted the domain purchaser service company of GoDaddy.com to request the purchase of the Domain Names so that the Blog Entries and any further such entries could be erased and so that Plaintiff could control the websites that were connected to his Names and persona.

16.    On or about September 10, 2014, Plaintiff received a response from GoDaddy.com indicating: "The current registrant of the domain JOSEPHSANBERG.COM has indicated that they may be willing to sell the domain, however, they declined your maximum offer and are asking USD$400,000." A true and correct copy of this correspondence is attached hereto as Exhibit "D" and is incorporated herein by this reference.

17.    Also, on or about September 10, 2014, Plaintiff received a response from GoDaddy.com indicating: "The current registrant of the domain JOESANBERG.COM has indicated that they may be willing to sell the domain, however, they declined your maximum offer and are asking USD$350,000." A true

177682

1  and correct copy of this correspondence is attached hereto as Exhibit "E" and is
2  incorporated herein by this reference.

3     18.    After that time, Plaintiff conducted additional research as to who
4  owned the Domain Names, and thus who had been posting the Blog Entries and
5  seemingly posing as Plaintiff. On or about October 8, 2014, Plaintiff was, to say the
6  very least,   saddened and disappointed to learn that it was his own brother,
7  Defendant RICK, and DOES 1 through 50, inclusive, who were the registrants and
8  owners of the Domain Names at issue. True and correct copies of the Domain
9  Name "whois" identification showing that Defendant RICK was the owner of the
10 Domain names since August 8, 2014, are, respectively attached hereto as Exhibits
11 "F" and "G" and are incorporated herein by this reference.

12    19.    Despite Plaintiff not wanting to believe his own brother could do such a
13 thing, there was, unfortunately, no question that  Defendants RICK, and DOES 1
14 through 50, inclusive, have used the Domain Names in connection with web pages
15 featuring the Blog Entries purporting to be Plaintiff's opinions and points-of-view on
16 various significant political and cultural issues of our time. In this regard,
17 Defendants did, and continue to, impersonate Plaintiff through the use of the
18 Domain Names. These Defendants are not only impersonating Plaintiff by
19 representing the opinions and statements on the web pages as those of Plaintiff—
20 particularly egregious is the fact that the opinions and positions taken on the web
21 pages' Blog Entries are contrary to Plaintiff's personal views.   In some cases the
22 Blog Entries are stated in a highly offensive, sexist, racist and/or derogatory off-
23 putting manner, the intended effect of which is to damage Plaintiff's reputation and
24 business relationships, and to damage the community and philanthropic endeavors
25 with which Plaintiff is associated. The fact that it was Plaintiff's own brother who
26 intentionally took such steps makes such horrific actions makes the damages even
27 that more painful and troubling.

28

**COMPLAINT**

177682

20.    Defendants RICK, and DOES 1 through 50, inclusive, took substantial steps to drive up traffic to the Domain Names featuring the Blog Entries in order to further damage Plaintiff.

21.    Among other things, Defendants RICK, and DOES 1 through 50, inclusive, engaged several online schemes relating to the Domain Names, including what are identified as "PageRank" violations, "Link Schemes" and "impersonation" violations.

22.    In relation to PageRank violations and Link Schemes, a domain name's ranking in search results is partly based on analysis of those sites that link to the site. The quantity, quality, and relevance of links influences the domain name's ranking when searched on a particular internet search engine. The sites that link to a domain name may provide context about the subject matter of the site, and act as indicia of the quality and popularity of the site at the domain name.  Here, the Defendants set up over 300 external backlinks to the Domain Names, embedded in the coding of over three thousand different web pages, many containing over 2000 links listed in the coding. Some of the links also appear to be placed on hijacked "edu" websites, including without limitation:

http://safety.skc.edu/general-safety-tips-for-college-students/; and

http://publish.illinois.edu/jontubbs/audacity/

23.    In order to effect their online impersonation schemes, Defendants RICK, and DOES 1 through 50, inclusive, set up the web sites at the Domain Names, entitled them "Joseph Sanberg / My Personal Blog" and otherwise posted all of the above listed information as if the information was posted in the first-person by Plaintiff.

24.    Defendants RICK, and DOES 1 through 50, inclusive, set up the Domain Names and additional sites to post articles advising expanding businesses on acquiring venture capital, which is Plaintiff's area of expertise. See, e.g., (http://jendireiter.info/?p=3556),    reproduced    at    Exhibit    "H"    to    the

7

1 | Complaint. Defendants then provided "for more information" links from the various
2 | other websites (including financial websites) that linked to the Domain Names. This
3 | was done in an apparent attempt to direct substantial website followers from other
4 | financial links to be directed to Defendants' Domain Names that impersonated
5 | Plaintiff via the Blog Entries. These acts by the Defendants were done to drive up
6 | traffic to the Domain Names and present Plaintiff in a false light to a greater number
7 | of people.

8 |      25.   Plaintiff thereafter learned the extent to which Defendants RICK, and
9 | DOES 1 through 50, inclusive, went to promote their "PageRank" violations, "Link
10 | Schemes" and "impersonation" violations.  More specifically, Defendants RICK,
11 | and DOES 1 through 50, inclusive, went so far as to personally, and/or through third
12 | parties, set up over seven hundred (700) websites, with PageRank preference
13 | priority, throughout various regions of the entire world.  Each of these websites
14 | either mentioned Plaintiff by name and/or contained information related to
15 | Plaintiff's line of work.  Each of those websites then had one or more links in them
16 | which led directly to Defendants' improper Domain Name websites, which
17 | wrongfully purported to contain the information and views of Plaintiff.  True and
18 | correct copies of a few of these websites are attached hereto as Exhibit "I",
19 | collectively, and are incorporated herein by this reference.

20 |      26.   All of the above was done to later extort Plaintiff to pay a higher price
21 | to purchase the Domain Names after impersonating Plaintiff over several months. In
22 | short, Defendants used such Domain Names to put Plaintiff in a position where he
23 | would suffer extreme hardship and emotional distress if he did not pay such monies
24 | to Defendants as a means to remove the blog (and thus its misrepresentations).  All
25 | of this behavior by Defendants RICK, and DOES 1 through 50, inclusive, took
26 | premeditation and analysis over months in an attempt to drive up Plaintiff's desire to
27 | purchase the Domain Names from the Defendants at a high price in order to reclaim
28 | and regain control over Plaintiff's image and reputation.

177682

27.    At the time Defendants RICK, and DOES 1 through 50, inclusive, registered the Domain Names at issue in this Action, Plaintiff had already been using the Names continuously and systematically in the United States for more than a decade, with exposure reaching tens of thousands of consumers. Moreover, Defendants' registration of the Domain Names came at a time when Plaintiff already had appeared before nationwide audiences several times, in connection with his work in financial services, and in his philanthropic pursuits. Because Plaintiff led a major political party's college outreach organization during the hotly contested 2000 presidential election cycle, and as a result of his successful work in finance and philanthropy since that time, he has received substantial amounts of publicity, well beyond what other, less-publicly-engaged professionals might attract.

28.    Additionally, as previously mentioned, Plaintiff continues to be actively involved in the financial services industry, charitable works, and various organizations, and has developed enormous goodwill among the general public and a valuable and hard-earned reputation behind the Names and has established a name for himself.   Plaintiff's views are anathema to the views put forth in the Blog Entries.

29.    Additionally, because Defendants' websites at the Domain Names, including the links located there, are out of Plaintiff's control, the site may at any given time contain defamatory, objectionable and scandalous matter going beyond that already on display there, casting Plaintiff in a false light, at already-considerable - and growing - harm to his reputation and emotional state tied thereto, which includes the reputation of and goodwill associated with the Names. See Exhibit "C".

30.    Plaintiff alleges upon information and belief that Defendants RICK, and DOES 1 through 50, inclusive, currently receive approximately $80,000.00 of annual royalties from the American Society of Composers, Authors and Publishers ("ASCAP").

/ / /

**COMPLAINT**

177682

# FIRST CLAIM FOR RELIEF

## (Violation of 15 U.S.C. § 8131 (Cyberpiracy) Against All Defendants)

31.     Plaintiff JOSEPH incorporates by reference Paragraphs 1 through 30 as if fully set forth herein.

32.     Pursuant to 15 U.S.C. § 1127, "[t]he term 'domain name' means any alphanumeric designation which is registered with or assigned by any domain name registrar, domain name registry, or other domain name registration authority as part of an electronic address on the Internet."

33.     Pursuant to 15 U.S.C. § 8131(1)(A), "Any person who registers [an internet] domain name that consists of the name of another living person, or a name substantially and confusingly similar thereto, without that person's consent, with the specific intent to profit from such name by selling the domain name for financial gain to that person or any third party, shall be liable in a civil action by such person."

34.     Additionally, pursuant to 15 U.S.C. § 8131(2), "a court may award injunctive relief, including the forfeiture or cancellation of the domain name or the transfer of the domain name to the plaintiff. The court may also, in its discretion, award costs and attorneys' fees to the prevailing party."

35.     As identified by the facts listed above, Defendants RICK, and DOES 1 through 50, inclusive, purchased the Domain Names and thereafter used the Domain Names in connection with web pages misrepresenting themselves as Plaintiff's web sites, and featuring blog posts purporting to be Plaintiff's opinions and points-of-view on various significant political and cultural issues of our time, and said Defendants did, and continue to, impersonate Plaintiff through the use of the Domain Names. These Defendants are not only impersonating Plaintiff by representing the opinions and statements on the web pages as those of Plaintiff - particularly egregious is the fact that the opinions and positions taken on the web pages' Blog Entries are contrary to the views of Plaintiff.  Likewise it is egregious

**COMPLAINT**

177682

1  that said Defendants thereafter set up worldwide, preferential link schemes to over

2  seven hundred (700) websites directing relevant persons to the false Domain Name

3  pages. Furthermore, in some cases the Blog Entries are stated in a highly offensive,

4  sexist, racist and/or derogatory and off-putting manner, the intended effect of which

5  is to damage Plaintiff's reputation and business relationships, and to damage the

6  community and philanthropic endeavors with which Plaintiff is associated.

7     36.   After purchasing the Domain Names and posting the Blog Entries,

8  Defendants RICK, and DOES 1 through 50, inclusive, rejected initial offers by

9  Plaintiff to purchase the Domain Names and instead attempted to sell the Domain

10 Names to Plaintiff for the sums of $400,000.00 and $350,000.00, respectively.

11    37.   Plaintiff did not give Defendants the permission to register the Domain

12 Names under his Names or to post information as if said Defendants were Plaintiff.

13    38.   However, Defendants have registered the Domain Names with the

14 specific intent to profit from such by selling the Domain Names for financial gain to

15 Plaintiff at a high cost.

16    39.   Based upon the foregoing, RICK and DOES 1 through 50, inclusive,

17 have violated the Federal 15 U.S.C. § 8131 Cyberpiracy statute by registering the

18 internet Domain Names, which are the names of Plaintiff, who is a living person,

19 with the specific intent to profit from such name by selling the Domain Names for

20 financial gain to Plaintiff at a high cost.

21    40.   Based upon the foregoing, Defendants and each of them are liable to

22 Plaintiff for civil damages in this action pursuant to 15 U.S.C. § 8131(1)(A).

23    41.   Additionally, pursuant to 15 U.S.C. § 8131(2), Plaintiff is entitled to

24 and requests the award of injunctive relief, including the transfer of the Domain

25 Names to Plaintiff.

26    42.   Based upon the foregoing, Plaintiff also requests that the Court award

27 costs and attorneys' fees to Plaintiff pursuant to 15 U.S.C. § 8131(2).

28 / / /

**COMPLAINT**

177682

## SECOND CLAIM FOR RELIEF

### (Invasion of Privacy (False Light) Against All Defendants)

43.    Plaintiff JOSEPH incorporates by reference Paragraphs 1 through 42 as if fully set forth herein.

44.    As described at length above, Plaintiff has spent substantial time, resources, energy and funds to use the Names in commerce, and in connection with public speaking and public appearances, since long before the registration of the internet Domain Names by Defendants.    More specifically, Plaintiff has continuously and substantially used the Names commercially in the United States since at least as early as 2000 in connection with entertainment and educational services including public speaking and community organizing, and in connection with financial services, and also uses his renown and the good will in the names to promote charitable causes and in relation to his own personal aspirations.

45.    As identified above, Defendants RICK, and DOES 1 through 50, inclusive, publicized inflammatory information or material that showed Plaintiff in a false light. Said Defendants also attempted to direct persons of interest from all over the world to these websites.

46.    Defendants RICK, and DOES 1 through 50, inclusive,  knew that the false light created by the publications would be highly offensive to a reasonable person in Plaintiff's position and standing in his civic, commercial and philanthropic ventures.

47.    Plaintiff has presented clear and convincing evidence that Defendants RICK, and DOES 1 through 50, inclusive, as Plaintiff's brother, knew that the publications would create a false impression about Plaintiff so that Plaintiff would want to pay a high price to purchase the Domain Names.

48.    At the very least, Defendants RICK, and DOES 1 through 50, inclusive, acted with reckless disregard for the truth of the publications in the Blog Entries, and at very least, said Defendants were clearly negligent in determining

12

177682

the truth of the information or whether a false impression would be created by its publication through the Blog Entries.

49.   Due to the acts of Defendants RICK, and DOES 1 through 50, inclusive, Plaintiff has sustained harm to his property, business, profession, name occupation and emotional wellbeing, which include, but is not limited to, money spent as a result of the statement(s) made in the Blog Entries.

50.   The conduct of Defendants RICK, and DOES 1 through 50, inclusive, was the substantial factor in causing Plaintiff's harm.

51.   In doing the things herein alleged, Defendants and each of them acted with oppression, fraud and malice, and therefore Plaintiff is entitled to recovery of exemplary damages in an amount sufficient to set an example and to punish Defendants and each of them for their conduct.

### THIRD CLAIM FOR RELIEF

### (Defamation (Libel) Against All Defendants)

52.   Plaintiff incorporates by reference paragraphs 1 through 51, inclusive, as if fully set forth herein.

53.   Defendants RICK, and DOES 1 through 10, inclusive, have used the Domain Names in connection with the publication via the internet for numerous months of the false information identified in the Blog Entries purporting to be Plaintiff's opinions and points-of-view on various significant political and cultural issues of our time, and said Defendants did, and continue to, impersonate Plaintiff through the use of the Domain Names. These Defendants are not only impersonating Plaintiff by representing the opinions and statements on the web page as those of Plaintiff—particularly egregious is the fact that the opinions and positions taken on the web pages' Blog Entries are generally contrary to the views of Plaintiff. Likewise it is egregious that said Defendants thereafter set up worldwide, preferential link schemes to over seven hundred (700) websites directing relevant persons to the false Domain Name pages. Even more disconcerting, in some cases,

177682

1  the Blog Entries are stated in a highly offensive, sexist, racist and/or derogatory and

2  off-putting manner, the intended effect of which was to damage Plaintiff's reputation

3  and business relationships, and to damage the community and philanthropic

4  endeavors with which Plaintiff is associated.

5       54.    This false published information is wrongfully attributed to Plaintiff by

6  the named Defendants and was disparaging of his business, name, reputation and/or

7  services.

8       55.    In publishing this information, Defendants RICK, and DOES 1 through

9  10, inclusive, as the publishers, intended to cause harm to Plaintiff so that Plaintiff

10  would agree to spend a large amount of money to attempt to purchase the Domain

11  Names from the Defendants.

12       56.    At a very minimum, Defendants RICK, and DOES 1 through 10,

13  inclusive, as the publishers, should have recognized the publication to be likely to

14  cause Plaintiff injury and damages.

15       57.    Due to the acts of Defendants RICK, and DOES 1 through 10,

16  inclusive, in publishing the Blog Entries, said Defendants have in fact caused

17  pecuniary harm and loss to Plaintiff.

18       58.    In doing the things herein alleged, Defendants and each of them acted

19  with oppression, fraud and malice, and therefore Plaintiff is entitled to recovery of

20  exemplary damages in an amount sufficient to set an example and to punish

21  Defendants and each of them for their conduct.

22                            **PRAYER FOR RELIEF**

23       Wherefore, Plaintiff prays for judgment as follows:

24       1.    For monetary damages according to proof;

25       2.    For exemplary damages in an amount according to proof but in a sum

26  not less than $1,000,000.00;

27       3.    For costs of suit;

28       4.    For attorneys' fees;

14

**COMPLAINT**

177682

1        5.     For all attorney's fees expended by Plaintiff due to having to litigate

2    this lawsuit and for all attorney's fees spent in preparation relating thereto, which

3    were required due to the named Defendants acts, as alleged herein;

4        6.     For Injunctive relief, including the transfer of the Domain Names to

5    Plaintiff;

6        7.     For Injunctive relief, including the forfeiture and/or cancellation of the

7    Domain Names; and

8        8.     For such other relief as the Court may deem proper.

9    <div align="center">**DEMAND FOR JURY TRIAL**</div>

10   Plaintiff JOSEPH SANBERG hereby makes his demand for a jury trial.

11                     **MICHELMAN & ROBINSON, LLP**

12

13   November 21, 2014        By: _____

14                        Eric J. Rans

15                        David J. Williams
                     Attorneys for Plaintiff JOSEPH SANBERG, an individual

16

17

18

19

20

21

22

23

24

25

26

27

28

177682

EXHIBT "A"

How Many of Me - Census Search Results                    http://howmanyofme.com/search/

## HowManyOfMe.com

There are 319,009,544 people in the U.S.
How many have your name?

**Home | Famous Names | Statistics | Random Famous Person**

First Name: [                ]    Last Name: [                ]   [ Search Names ]

### Joe

- There are **519,986** people in the U.S. with the first name Joe.
- Statistically the 110th most popular first name.
- 98.47 percent of people with the first name Joe are male.
- Names similar to Joe:
  - ○ **Joseph**

### Sanberg

- There are **218** people in the U.S. with the last name Sanberg.
- Statistically the 92601st most popular last name.

### Joe Sanberg

- There are **1 or fewer** people in the U.S. named Joe Sanberg.
- We have information on both names, but chances are low that someone has this combination of names. **Click here for more details**

### Add the results to your web page:
(does not contain any personal information)

HowManyOfMe.com



There are
**1**
**or fewer** people with my name in the U.S.A.

**How many have your name?**

You can add the box above to your web page, blog, Livejournal, or MySpace page. Just copy and paste the html code below into the page to which you want to add it.

```
<div style="color: #000;"><br><table width="350"
bgcolor="#FFFFFF" cellpadding="1" border="0"
cellspacing="0" style="background-color: white;
text-align: center;"><tr><td style="background-
color: #0066b3; color: white; font: 16px/1.1
Verdana, Arial, Helvetica,
sans-serif; ">HowManyOfMe.com</td></tr><tr><td
style="border: 1px solid black;"><table
```

◉ Hide Name | ○ Show Name

### Share with your friends

**ShareThis**

Let your friends know about HowManyOfMe. Find out who has the most common name among all your friends.

### Add to Facebook



Use our new application to add your results to your Facebook profile. Click the Facebook logo to begin.

All numbers estimated based upon statistical and demographic data from US Census Bureau.
For entertainment purposes only.
**Accuracy Information**

**Privacy Policy** | **FAQ** | **COPPA Compliance** | **Mailing List**
© 2007,2009 **Auron Technologies, LLC**

EXHIBIT "B"

How Many of Me - Census Search Results                 http://howmanyofme.com/search/

# HowManyOfMe.com

There are 319,009,544 people in the U.S.
How many have your name?

**Home | Famous Names | Statistics | Random Famous Person**

First Name: [            ]  Last Name: [            ]  [ Search Names ]

## Joseph

- There are **2,247,422** people in the U.S. with the first name Joseph.
- Statistically the 10th most popular first name.
- 99.65 percent of people with the first name Joseph are male.
- Names similar to Joseph:
  - **Jody**
  - **Joe**
  - **Joey**

## Sanberg

- There are **218** people in the U.S. with the last name Sanberg.
- Statistically the 92601st most popular last name.

## Joseph Sanberg

- There are **2** people in the U.S. named Joseph Sanberg.

### Add the results to your web page:
(does not contain any personal information)

HowManyOfMe.com

 There are **2** people with my name in the U.S.A.

**How many have your name?**

You can add the box above to your web page, blog, Livejournal, or MySpace page. Just copy and paste the html code below into the page to which you want to add it.

```
<div style="color: #000;"><br><table width="350"
bgcolor="#FFFFFF" cellpadding="1" border="0"
cellspacing="0" style="background-color: white;
text-align: center;"><tr><td style="background-
color: #0066B3; color: white; font: 16px/1.1
Verdana, Arial, Helvetica,
sans-serif;">HowManyOfMe.com</td></tr><tr><td
style="border: 1px solid black;"><table
```

⊙ Hide Name |  ○ Show Name

### Share with your friends

**ShareThis**

Let your friends know about HowManyOfMe.com. Find out who has the most common name among all your friends.

### Add to Facebook



Use our new application to add your results to your Facebook profile. Click the Facebook logo to begin.

All numbers estimated based upon statistical and demographic data from US Census Bureau.
For entertainment purposes only.
**Accuracy Information**

**Privacy Policy | FAQ | COPPA Compliance | Mailing List**
© 2007,2009 Auron Technologies, LLC

EXHIBIT "C"

## Joseph Sanberg

# 1926, VIENNA: WORLD'S FIRST MENS RIGHTS ORGANIZATION

OCTOBER 1, 2014 | LEAVE A COMMENT

*"A revolt of the down-trodden male against the domineering female is, on the way in Vienna where the "Rights for Men" League has been founded to start the battle.  The League, which held its first big mass meeting recently, is composed so far only of bachelors, divorced husbands, and unmarried fathers. The still married husbands, the members insist, would like to join, but their wives won't let them, which in itself is cited as proof for the need of such an organization."*

http://unknownmisandry.blogspot.com/2011/07/worlds-first-mens-rights-organization.html

# EMMA WATSON WANTS ALL MEN TO BE WHITE KNIGHTS

SEPTEMBER 26, 2014 | LEAVE A COMMENT

Emma Watson spoke to the UN and asked, no challenged, men to put an end to gender in-equality.  She, a rich privileged white woman who has never faced diversity, is calling upon men to fix the imaginary oppression she's put under. It is insulting to our intelligence and screams "first world problem" (that arguably doesn't exist in modern society.)

Modern feminists view men as the disposable gender.  Evidence by the fact that there is no

Joseph Sanberg | My Personal Blog                                    http://joesanberg.com/

ambassador for "UN Men."

http://www.independent.co.uk/news/people/emma-watson-calls-on-men-to-help-end-sexism-gender-equality-is-your-issue-too-9746926.html

# WHY MARRIAGE MATTERS

SEPTEMBER 18, 2014 | LEAVE A COMMENT

New California legislation (Senate bill 1306) is changing the terms "husband and wife" to "spouse and spouse" to as not appear discriminatory. But the unfortunate side effect is that this is an ambiguous term that fails to define the union adequately in order to appease same sex couples.

http://townhall.com/columnists/michaelbrown/2014/07/14/i-now-pronounce-you-spouse-and-spouse-n1861823

# GENDER DISCRIMINATION AGAINST MEN

SEPTEMBER 18, 2014 | LEAVE A COMMENT

**Elementary School Bias Against Boys Sets Them Up For Failure**

If the gender was flipped we would call the male teacher "sexist."

http://www.huffingtonpost.com/2013/01/03/elementary-school-bias-boys_n_2404898.html

# NO PARDONS FOR A WOMAN WHO RIGHTLY WANTED CONCEAL AND CARRY.

SEPTEMBER 18, 2014 | LEAVE A COMMENT

From USA Today:

"When Ray Rice beat his wife unconscious in an elevator, New Jersey Superior Court Judge Michael Donio and New Jersey District Attorney Jim McClain agreed to put him in a diversion program for 1st-time offenders to keep him out of jail. But when Pennsylvania single mom Shaneen Allen was pulled over for a traffic violation and volunteered to a New Jersey police officer that she was carrying a legally-owned handgun with a Pennsylvania permit, the response of Donis and McClain was to deny her the same opportunity as Rice."

http://www.usatoday.com/story/opinion/2014/08/10/ray-rice-shaneen-allen-gun-column /13862831/

# THE GOOD GUYS

SEPTEMBER 18, 2014 | LEAVE A COMMENT

Thank god for guys like this. We need more patriots willing to take action when no one else can.

https://www.youtube.com/watch?v=P6pYEJhIFxQ

EXHIBIT "D"

**From:** GoDaddy <domainbuy@godaddy.com>
**Reply-To:** "domainbuy@godaddy.com" <domainbuy@godaddy.com>
**Date:** Wednesday, September 10, 2014 11:21 AM
**To:** Meagan Holmes <meagan@aspirationam.com>
**Subject:** JOSEPHSANBERG.COM - Price Counter-Offer



24/7 Support: **(480) 505-8877**

## Domain Buy Service

Domain: JOSEPHSANBERG.COM
Claim ID: 545821

Dear Joseph Sanberg,

The current registrant of the domain JOSEPHSANBERG.COM has indicated that they may be willing to sell the domain, however, they declined your maximum offer and are asking USD$400,000.

Please respond to let us know if you would like to accept this counter amount, increase your maximum bid to continue negotiations or that your current maximum is all you are willing to offer at this time. We look forward to your response and will proceed accordingly.

If you have any questions about the GoDaddy® Domain Buy Service process, please respond to this email or contact the Domain Buy Service team at (480) 366-3303.

Sincerely,

GoDaddy Domain Buy Service

Copyright © 1999-2014 GoDaddy Operating Company, LLC. All rights reserved.

2

EXHIBIT "E"

From: GoDaddy <domainbuy@godaddy.com>
Reply-To: "domainbuy@godaddy.com" <domainbuy@godaddy.com>
Date: Wednesday, September 10, 2014 11:37 AM
To: Meagan Holmes <meagan@aspirationam.com>
Subject: JOESANBERG.COM - Price Counter-Offer



24/7 Support: (480) 505-8877

## Domain Buy Service

Domain: JOESANBERG.COM
Claim ID: 545822

Dear Joseph Sanberg,

The current registrant of the domain JOESANBERG.COM has indicated that they may be willing to sell the domain, however, they declined your maximum offer and are asking USD$350,000.

Please respond to let us know if you would like to accept this counter amount, increase your maximum bid to continue negotiations or that your current maximum is all you are willing to offer at this time. We look forward to your response and will proceed accordingly.

If you have any questions about the GoDaddy® Domain Buy Service process, please respond to this email or contact the Domain Buy Service team at (480) 366-3303.

Sincerely,

GoDaddy Domain Buy Service

Copyright © 1999-2014 GoDaddy Operating Company, LLC. All rights reserved.

EXHIBT "F"

Whois Lookup | Domain Availability - Registration Information...          https://who.godaddy.com/whoisstd.aspx?domain=joesanberg....

United States - English          USD                    24/7 Support (480) 505-8877          Sign In   Register

**GoDaddy**
*It's go time*          All Products   Domains   Websites   Hosting & SSL   Get Found   Email & Tools   Support

WHOIS search results for:
**JOESANBERG.COM**
(Registered)

Is this your domain?          GO
Add hosting, email and more.

Want to buy this domain?          GO
Get it with our Domain Buy service.

Domain Name: JOESANBERG.COM
Registry Domain ID: 1870314320_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-08-08 17:38:04
Creation Date: 2014-08-08 17:38:04
Registrar Registration Expiration Date: 2016-08-08 17:38:04
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: rick sanberg
Registrant Organization: ricky sans
Registrant Street: 5846 east crater lake
Registrant City: orange
Registrant State/Province: California
Registrant Postal Code: 92867
Registrant Country: United States
Registrant Phone: +1.7148097814
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: rickysans@gmail.com
Registry Admin ID:
Admin Name: rick sanberg
Admin Organization: ricky sans
Admin Street: 5846 east crater lake
Admin City: orange
Admin State/Province: California
Admin Postal Code: 92867
Admin Country: United States
Admin Phone: +1.7148097814
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: rickysans@gmail.com
Registry Tech ID:
Tech Name: rick sanberg
Tech Organization: ricky sans
Tech Street: 5846 east crater lake
Tech City: orange
Tech State/Province: California
Tech Postal Code: 92867
Tech Country: United States
Tech Phone: +1.7148097814
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: rickysans@gmail.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-10-8T14:00:00Z

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree

## Domain already taken?

.com   ▼          Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

**Alternate TLDs**

| | | |
|---|---|---|
| joesanberg.mobi | SAVE! | $6.99/yr |
| joesanberg.ce | SAVE! | $4.99/yr |
| joesanberg.ws | SAVE! | $9.99/yr |
| joesanberg.tv | | $39.99/yr |
| joesanberg.cc | | $19.99/yr |
| joesanberg.asia | SAVE! | $4.99/yr |

**Similar Premium Domains  ?**

| | |
|---|---|
| AnMk.com | $1,088.00* |
| AnVg.com | $868.00* |
| AnAmericanTale.com | $1,349.00* |
| AntonBerg.com | $1,119.00* |
| Axelberg.com | $3,288.00* |
| BergAmla.com | $3,119.00* |

ADD TO CART

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| sanbergfurniture.com
Ends on: 11/18/2014 10:18:00 AM PDT | $250.00* |

VIEW LISTING

### Learn more about

Private Registration          ?          Deluxe Registration          ?

Business Registration          ?          Protected Registration          ?

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

1 of 2                                                                10/8/14, 7:11 AM

not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

Enter a domain name to search                    .com        Search

# NEED HELP?   Call our award-winning support team 24/7 at **(480) 505-8877**

**About GoDaddy**

About Us
Contact Us
News Releases
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Garage
Blake's Blog

**Support**

Product Support
Site Suggestions
Report Abuse

**Resources**

Webmail
WHOIS Search
ICANN Confirmation
Affiliates
Small Business Center
Site Map

**My Account**

My Account
My Renewals
Create Account

**Shopping**

Product Catalog
Find a Domain

Sign up for special offers:

[ Email Address ]        Submit

---

**United States - English**   **USD**                                    Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree
to be bound by these Universal Terms of Service. Legal    Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.

TRUSTe ▸
Certified Privacy

EXHIBIT "G"

Whois Lookup | Domain Availability - Registration Information...          https://who.godaddy.com/whoisstd.aspx?domain=josephsanberg...

United States - English     USD                              24/7 Support (480) 505-8877     Sign In    Register

**GoDaddy**
*It's go time*

All Products   Domains   Websites   Hosting & SSL   Get Found   Email & Tools   Support

WHOIS search results for:
**JOSEPHSANBERG.COM**
(Registered)

Is this your
domain?          **GO**
Add hosting, email and more.

Want to buy
this domain?          **GO**
Get it with our Domain Buy service.

Domain Name: JOSEPHSANBERG.COM
Registry Domain ID: 1870314326_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-08-08 17:38:04
Creation Date: 2014-08-08 17:38:04
Registrar Registration Expiration Date: 2016-08-08 17:38:04
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: rick sanberg
Registrant Organization: ricky sans
Registrant Street: 5846 east crater lake
Registrant City: orange
Registrant State/Province: California
Registrant Postal Code: 92867
Registrant Country: United States
Registrant Phone: +1.7148097814
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: rickysans@gmail.com
Registry Admin ID:
Admin Name: rick sanberg
Admin Organization: ricky sans
Admin Street: 5846 east crater lake
Admin City: orange
Admin State/Province: California
Admin Postal Code: 92867
Admin Country: United States
Admin Phone: +1.7148097814
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: rickysans@gmail.com
Registry Tech ID:
Tech Name: rick sanberg
Tech Organization: ricky sans
Tech Street: 5846 east crater lake
Tech City: orange
Tech State/Province: California
Tech Postal Code: 92867
Tech Country: United States
Tech Phone: +1.7148097814
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: rickysans@gmail.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-10-8T14:00:00Z

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree

## Domain already taken?

.com        ▼        Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| josephsanberg.mobi | SAVE! | $6.99*/yr |
| josephsanberg.ca | SAVE! | $4.99/yr |
| josephsanberg.ws | SAVE! | $9.99/yr |
| josephsanberg.tv | | $39.99*/yr |
| josephsanberg.cc | | $19.99/yr |
| josephsanberg.asia | SAVE! | $4.99*/yr |
| Similar Premium Domains ? | | |
| AnMk.com | | $1,088.00* |
| AnVg.com | | $888.00* |
| AnAmericanTale.com | | $1,349.00* |
| IcebergBlues.com | | $2,244.00* |
| IcebergCafe.com | | $1,688.00* |
| IcebergPrint.com | | $2,395.00* |

ADD TO CART

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| stjosephchapel.com Ends on: 1/3/2015 9:46:00 AM PDT | | $499.00* |
| stjosephtravel.com Ends on: 12/30/2014 12:28:00 PM PDT | | $949.00* |
| stjosephmedical.com Ends on: 12/30/2014 12:12:00 PM PDT | | $599.00* |
| stjosephgazette.com Ends on: 12/27/2014 11:29:00 AM PDT | | $449.00* |
| josephlawrence.com Ends on: 12/23/2014 5:24:00 AM PDT | | $1,788.00* |
| josephp.com Ends on: 12/21/2014 9:05:00 AM PDT | | $4,488.00* |

VIEW LISTING

### Learn more about

Private Registration   ?          Deluxe Registration     ?

Business Registration  ?          Protected Registration  ?

*Plus ICANN fee of $0.18 per domain name year.

not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

**:CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

Enter a domain name to search          .com          Search

**NEED HELP?**   Call our award-winning support team 24/7 at **(480) 505-8877**

| About GoDaddy | Support | Resources | My Account | Shopping |
|---|---|---|---|---|
| About Us | Product Support | Webmail | My Account | Product Catalog |
| Contact Us | Site Suggestions | WHOIS Search | My Renewals | Find a Domain |
| News Releases | Report Abuse | ICANN Confirmation | Create Account | |
| Careers | | Affiliates | | |
| Corporate Responsibility | | Small Business Center | | |
| GoDaddy Store | | Site Map | | |
| Legal | | | | |
| GoDaddy Garage | | | | |
| Blake's Blog | | | | |

Sign up for special offers:

| Submit |

United States - English    **USD**          Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree
to be bound by these Universal Terms of Service. Legal   Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.

TRUSTe ▸
Certified Privacy

**EXHIBIT "H"**

*For those of you who are really interested!*

# How you can Acquire Venture Capital For Expanding Businesses

Venture capital is money loaned by investors to start-up firms and expanding businesses to advance their growth. For businesses planning to expand venture capital, it's very important. It may provide the funds necessary to pay for infrastructure upgrades in order to hire new staff. Sometimes venture capital can take the form of managerial and technical expertise. The fact is, jefferson will be the lifeblood of several businesses. It enables people who clear vision, an in depth strategic plan as well as the drive to your workplace towards making their vision a real possibility.

Many funding your company are usually banks and other financial institutions or wealthy individuals. They're always contemplating investing in providers that appear like there's a good chance. Venture capitalists have a risk once they put money into expanding companies. When planning on taking such risks they may be rewarded with money and power on the companies during which they invest. This is a potential for both entities to earn money. Generally companies which try to find vc's have had a hard time raising money almost every other way. For most of such entrepreneurs the venture capitalist could be last measure.

Due to the risks involved, vc's tend to have very strict criteria through which they decide the business they are going to buy. Entrepreneurs interested in funding have standards which need fulfilling before they consent to join forces with these. Individuals a superb fit, it may mean the whole world money of your company that's endeavoring to expand. The influx of capital be capable of turning an excellent business with great potential to a shooting star than can make both entities wealthy. This will be significant because investor not simply want interest on their investments, they would like to make large profits likewise.

Venture capitalists attempting to protect their investments sometimes want as much as 50 percent ownership inside company in return for their income. Some people ask for more. Some also demand the right to elect a board of directors plus the straight away to stay on the board. The

# How you can Acquire Venture Capital For Expanding Businesses

Venture capital is money loaned by investors to start-up firms and expanding businesses to advance their growth. For businesses planning to expand venture capital, it's very important. It may provide the funds necessary to pay for infrastructure upgrades in order to hire new staff. Sometimes venture capital can take the form of managerial and technical expertise. The fact is, jefferson will be the lifeblood of several businesses. It enables people who clear vision, an in depth strategic plan as well as the drive to your workplace towards making their vision a real possibility.

Many funding your company are usually banks and other financial institutions or wealthy individuals. They're always contemplating investing in providers that appear like there's a good chance. Venture capitalists have a risk once they put money into expanding companies. When planning on taking such risks they may be rewarded with money and power on the companies during which they invest. This is a potential for both entities to earn money. Generally companies which try to find vc's have had a hard time raising money almost every other way. For most of such entrepreneurs the venture capitalist could be last measure.

Due to the risks involved, vc's tend to have very strict criteria through which they decide the business they are going to buy. Entrepreneurs interested in funding have standards which need fulfilling before they consent to join forces with these. Individuals a superb fit, it may mean the whole world money of your company that's endeavoring to expand. The influx of capital be capable of turning an excellent

business with great potential to a shooting star than can make both entities wealthy. This will be significant because investor not simply want interest on their investments, they would like to make large profits likewise.

Venture capitalists attempting to protect their investments sometimes want as much as 50 percent ownership inside company in return for their income. Some people ask for more. Some also demand the right to elect a board of directors plus the straight away to stay on the board. The funding your company also require all financial along with other important reports.

As you move the investor and also the board offer technical advice, many of them permit owner control day-to-day management unless the firm becomes suddenly vulnerable. After the growing company accepts the venture capital, it means the foreclosure of some independence and profits.

Venture capital may be the lifeblood of several expanding companies. Entrepreneurs often rely on them to be a final measure. Funding your company lend their own but demand control button and sizable profits in exchange. However, the amount of money and also other resources that your venture capitalist brings are directly responsible for many new products and services coming into the marketplace. Ideas and plans alone usually do not guarantee success. Venture capital plays an important role. It enables creative individuals and innovative companies to bring new and better products, services and info on the marketplace. Frankly speaking, awards plays a major role in enabling most recent goods and services into public consciousness.

For more info about investment check out this web page: visit site

EXHIBIT "I"

The best way to Acquire Venture Capital For Expanding Businesses | Test it out for effici...   Page 1 of 6

*Test it out for efficiency!*

# The best way to Acquire Venture Capital For Expanding Businesses

Venture capital is money loaned by investors to start-up firms and expanding businesses to advance their growth. For businesses planning to expand venture capital, it's very important. It may possibly give the funds were required to cover infrastructure upgrades or even hire new staff. Sometimes venture capital can take the shape of managerial and technical expertise. In truth, joseph sanberg is the lifeblood of many businesses. It enables people with clear vision, expose business plan along with the drive to operate towards making their vision possible.

The best way to Acquire Venture Capital For Expanding Businesses | Test it out for effici...

Case 5:14-cv-02420-DMG-DTB Document 1 Filed 11/21/14 Page 42 of 52 Page ID #:42

Many vc's tend to be banks along with other finance institutions or wealthy individuals. They are always contemplating investing in providers that appear like these people have a likelihood. Vc's create a risk every time they put money into expanding companies. When deciding to take such risks they can be rewarded with money and power from your companies through which they invest. It is a opportunity for both entities to make money. Generally businesses that search out funding your company had a hard time raising money any way. For some of these entrepreneurs the venture capitalist will be the final measure.

Due to the risks involved, vc's tend to have very strict criteria through which they decide the species of business they'll spend money on. Entrepreneurs interested in funding likewise have standards that need fulfilling before they accept join forces together. If you find a superb fit, it may mean the entire world in the future of the company that's looking to expand. The influx of capital are able to turn a solid business with great potential in to a shooting star than can make both entities wealthy. This is really important because investor not just want interest on the investments, they will make large profits at the same time.

Funding your company wanting to protect their investments sometimes look for as much as 50 % ownership within the company so they could earn their own. Some require more. Some also demand the ability to elect a board of directors

plus the to certainly sit on the board. The funding your company also ask for all financial and also other important reports.

As you move the investor and also the board offer technical advice, they typically enable the owner control day-to-day management unless this company becomes suddenly at an increased risk. When the growing company accepts the venture capital, it implies the losing of some independence and profits.

Venture capital would be the lifeblood of the many expanding companies. Entrepreneurs often use them for a last resort. Funding your company lend their own but demand some control and sizable profits in return for. However, the bucks along with other resources than a venture capitalist brings are directly to blame for many new services and services moving into the industry. Ideas and plans alone never guarantee success. Venture capital plays a crucial role. It enables creative individuals and innovative companies to make new greater products, services in the marketplace. Frankly speaking, investment plays an important role in enabling latest services and products into public consciousness.

To learn more about joe sanberg go to the best site: this site

**Creative chick running the world!! » joseph sanberg**

**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

## How To Acquire Venture Capital For Expanding Businesses

Saturday, August 23, 2014, 7:02:39 AM | audria brannigan

Venture capital is money loaned by investors to start-up firms and expanding businesses to invest in their growth. For businesses seeking to expand venture capital, it is essential. It could possibly give the funds necessary to buy infrastructure upgrades or even hire new staff. Sometimes venture capital can take the form of managerial and technical expertise. In fact, jefferson may be the lifeblood for many businesses. It enables those with clear vision, a close strategic business plan and also the drive to your workplace towards making their vision a.

Many funding your company are frequently banks along with finance companies or wealthy individuals. They're always thinking about in companies which appear like these people have a bright future. Funding your company go on a risk when they buy expanding companies. To take such risks there're rewarded with money and power with the companies through which they invest. It's really a prospects for both entities to generate. Generally companies that seek out vc's have gotten a difficult time raising money almost every other way. For many of these entrepreneurs the venture capitalist will be the last measure.

Due to the risks involved, funding your company generally have very strict criteria by which they decide the sort of business they're going to buy. Entrepreneurs seeking funding also provide standards which need fulfilling before they say yes to join forces along with them. When there is a great fit, it could mean the globe money for hard times of an company that is seeking to expand. The influx of capital are able to turn a solid business with great potential into a shooting star than may make both entities wealthy. This is really important because investor not just want interest on their investments, they will make large profits in addition.

Vc's looking to protect their investments sometimes look for approximately One half ownership in the company family pet their cash. Some people request more. Some also demand the ability to elect a board of directors and the to certainly take a seat on the board. The venture capitalists also want all financial and other important reports.

Even though the investor along with the board offer technical advice, they generally enable the owner control day-to-day management unless the business becomes suddenly vulnerable. As soon as the growing company accepts the venture capital, it implies the decline of some independence and profits.

Venture capital is the lifeblood of the many expanding companies. Entrepreneurs often utilize them being a last option. Funding your company lend their cash but demand some control and sizable profits in exchange. However, the bucks along with other resources that the venture capitalist brings are directly accountable for many new services and services getting into the market. Ideas and plans alone don't guarantee success.

Venture capital plays a huge role. It enables creative individuals and innovative companies to make new and better products, services and info on the marketplace. Frankly speaking, awards plays an essential role in enabling most recent products into public consciousness.

More info about awards just go to our web site: <u>click for info</u>

💬 Comments (0)

---

**This is what you want! » awards**

**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

---

## The best way to Acquire Venture Capital For Expanding Businesses

Saturday, August 23, 2014, 7:00:33 AM | paulina pitel

Venture capital is money loaned by investors to start-up firms and expanding businesses to advance their growth. For businesses seeking to expand venture capital, it is crucial. It may supply the funds had to pay for infrastructure upgrades as well as to hire new staff. Sometimes venture capital can take the type managerial and technical expertise. Actually, joe sanberg will be the lifeblood of the many businesses. It enables those that have clear vision, a comprehensive business strategy plan along with the drive to work towards making their vision possible.

Many funding your company are often banks and various banking institutions or wealthy individuals. There're always considering in companies that mimic the masai have a likelihood. Funding your company create a risk every time they get expanding companies. For carrying such risks they can be rewarded with money and power from the companies through which they invest. It's really a opportunity for both entities to earn money. Generally companies that search for venture capitalists also have a hard time raising money every other way. For some of those entrepreneurs the venture capitalist will be the final measure.

Due to risks involved, funding your company tend to have very strict criteria through which they decide the kind of business they are going to get. Entrepreneurs searching for funding likewise have standards that want fulfilling before they accept get together using them. When there is an excellent fit, it can mean the globe money on the company that is certainly seeking to expand. The influx of capital be capable of turning powerful business with great potential into a shooting star than may make both entities wealthy. This is significant because investor not simply want interest for their investments, they will make large profits at the same time.

Venture capitalists looking to protect their investments sometimes ask for as much as 50 % ownership within the company so they could earn their income. In which require more. Some also demand the right to elect a board of directors and also the to stay on the board. The venture capitalists also request all financial and other important reports.

As the investor and the board offer technical advice, many of them let the owner control day-to-day management unless the business becomes suddenly at risk. If the growing company accepts the venture capital, this would mean the decline of some independence and profits.

Venture capital is definitely the lifeblood of several expanding companies. Entrepreneurs often make use of them to be a last measure. Vc's lend their income but demand some control and sizable profits in turn. However, the funds along with other resources than a venture capitalist brings are directly responsible for many new services and services being received by the market. Ideas and plans alone usually do not guarantee

success. Venture capital plays a crucial role. It enables creative individuals and innovative companies to take new far better products, services and information into the marketplace. Frankly speaking, ceo plays a serious role in enabling new products into public consciousness.

For more details about leadership you can check our resource: click for info

💬 Comments (0)

*All the cases exposed on the site!*

# How you can Acquire Venture Capital For Expanding Businesses

Venture capital is money loaned by investors to start-up firms and expanding businesses to fund their growth. For businesses planning to expand venture capital, it is vital. It can give the funds was required to purchase infrastructure upgrades in order to hire new staff. Sometimes venture capital might take are managerial and technical expertise. Actually, joseph sanberg may be the lifeblood of several businesses. It enables people who clear vision, a detailed business strategy plan along with the drive to function towards making their vision possible.

Many funding your company are generally banks and other financial institutions or wealthy individuals. They're always considering in businesses that seem like the masai have a likelihood. Vc's please take a risk after they buy expanding companies. For taking such risks they are rewarded with money and power with the companies wherein they invest. This is a opportunity for both entities to generate. Generally companies which search out funding your company experienced a difficult time raising money some other way. For some of them entrepreneurs the venture capitalist is their last resort.

Due to the risks involved, venture capitalists normally have very strict criteria by which they decide the business they're going to purchase. Entrepreneurs in search of funding have got standards that want fulfilling before they agree to join forces along with them. Individuals a superb fit, it might mean the entire world for future years of any company that's looking to expand. The influx of capital can change a good business with great potential in a shooting star than can make both entities wealthy. This will be relevant because investor not only want interest for their investments, selecting to just make large profits too.

Vc's wanting to protect their investments sometimes look for approximately Fifty percent ownership inside the company so they could earn their funds. Whereby traders obtain more. Some also demand the legal right to elect a board of directors and the to certainly rest on the board. The funding

your company also request all financial and various important reports.

While the investor along with the board offer technical advice, they generally permit owner control day-to-day management unless the organization becomes suddenly in jeopardy. As soon as the growing company accepts the venture capital, this indicates the foreclosure of some independence and profits.

Venture capital is the lifeblood of numerous expanding companies. Entrepreneurs often use them being a final option. Funding your company lend their but demand some control and sizable profits frequently. However, the funds along with other resources a venture capitalist brings are directly accountable for many a new product and services going into the industry. Ideas and plans alone do not guarantee success. Venture capital plays a significant role. It enables creative individuals and innovative companies to take new and far better products, services and knowledge into your marketplace. Frankly speaking, leadership plays an essential role in enabling most recent products and services into public consciousness.

For more details about joe sanberg explore our resource: click for more

# The best consulting services on the web!

*The best consulting services on the web!*

Пример страницы

## How you can Acquire Venture Capital For Expanding Businesses

23.08.2014

By ISAAC NICHOLS

Venture capital is money loaned by investors to start-up firms and expanding businesses to finance their growth. For businesses planning to expand venture capital, it is important. It can deliver the funds required to pay money for infrastructure upgrades or even hire new staff. Sometimes venture capital usually takes are managerial and technical expertise. In fact, joseph sanberg would be the lifeblood of several businesses. It enables individuals with clear vision, expose business plan and also the drive to function towards making their vision a real possibility.

Many funding your company usually are banks and also other banking institutions or wealthy individuals. They are always looking to invest in businesses that seem like there's a bright future. Funding your company require a risk whenever they spend money on expanding companies. For carrying such risks they're rewarded with money and power in the companies through which they invest. It is just a chance of both entities to generate money. Generally providers that search out funding your company have had difficulties raising money any other way. For a few of them entrepreneurs the venture capitalist could be final option.

Because of the risks involved, venture capitalists tend to have very strict criteria through which they decide the sort of business they will purchase. Entrepreneurs looking for funding in addition have standards that fulfilling before they accept to get together using them. If you experience a fantastic fit, it might mean the entire world into the future of a company which is looking to expand. The influx of capital is capable of turning a solid business with great potential to a shooting star than tends to make both entities wealthy. This is really important because investor besides want interest on their own investments, they would like to make large profits as well.

Venture capitalists attempting to protect their investments sometimes ask for approximately Fifty percent ownership inside the company in substitution for their. Incidents where ask for more. Some also demand the ability to elect a board of directors as well as the straight to stay on the board. The funding your company also request all financial along with other important reports.

Although the investor as well as the board may offer technical advice, many of them enable the owner control day-to-day management unless this company becomes suddenly at an increased risk. If the growing company accepts the venture capital, it implies the foreclosure of some independence and profits.

Venture capital may be the lifeblood for many expanding companies. Entrepreneurs often utilize them as a last resort. Funding your company lend their own but demand submit and sizable profits in exchange. However, the bucks along with resources a venture capitalist brings are directly accountable for many new products and services moving into the market industry. Ideas and plans alone never guarantee success. Venture capital plays a vital role. It enables creative individuals and innovative companies to bring new greater products, services and data on the marketplace. Frankly speaking, awards plays a serious role in enabling innovative new product or service into public consciousness.

More details about venture capital see the best internet page: web link

This entry was posted in Business and tagged awards . Bookmark the *permalink*. Both comments and trackbacks are currently closed.

« Omega-3 Fish Oil to keep fit

How To Acquire Venture Capital For Expanding Businesses »

## SEARCH

To search, type and hit enter

## RECENT POSTS

- Get a hold of Knee Joint Replacement Stem Cells as Alternative Treatment
- Figure out Knee Joint Replacement Stem Cells as Alternative Treatment
- Look for Knee Joint Replacement Stem Cells as Alternative Treatment
- Come across Knee Joint Replacement Stem Cells as Alternative Treatment
- Discover Knee Joint Replacement Stem Cells as Alternative Treatment

## RECENT COMMENTS

## ARCHIVES

- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- June 2014

## CATEGORIES

- Arts and Entertainment
- Automotive
- Business
- Finance
- Gaming
- Home Improvement
- Insurance
- other

## META

- Log in

# ◢Radius

# Ways to Acquire Venture Capital For Expanding Businesses

23.08.2014 18:03 · Jeremy Ryan

Venture capital is money loaned by investors to start-up firms and expanding businesses to finance their growth. For businesses seeking to expand venture capital, it is very important. It may possibly give the funds were required to pay for infrastructure upgrades or even hire new staff. Sometimes venture capital normally takes the type of managerial and technical expertise. The truth is, jefferson will be the lifeblood of several businesses. It enables people who have clear vision, a comprehensive business strategy and also the drive to work towards making their vision a fact.

Many vc's are often banks and also other financial institutions or wealthy individuals. They can be always considering in companies that look like these people have a likelihood. Venture capitalists require a risk once they spend money on expanding companies. For carrying such risks they are rewarded with money and power on the companies in which they invest. It's really a chance of both entities to generate. Generally providers that look for venture capitalists have had a hard time raising money another way. For most of the entrepreneurs the venture capitalist is their final option.

As a consequence of risks involved, funding your company generally have very strict criteria through which they decide any type of business they're going to purchase. Entrepreneurs looking for funding also have standards that requirement fulfilling before they agree to join forces together. When there is a great fit, it may mean the whole world into the future of your company that may be wanting to expand. The influx of capital can make an excellent business with great potential right shooting star than may make both entities wealthy. This is important because investor not simply want interest on their investments, selecting to just make large profits too.

Venture capitalists looking to protect their investments sometimes require around 50 percent ownership from the company in exchange for their funds. Some people require more. Some also demand the legal right to elect a board of directors as well as straight to stay on the board. The funding your company also obtain all financial and other important reports.

Although the investor plus the board offer technical advice, they normally let the owner control day-to-day management unless the company becomes suddenly in danger. Once the growing company accepts the venture capital, it indicates loosing some independence and profits.

Venture capital may be the lifeblood of numerous expanding companies. Entrepreneurs often have used them as a last resort. Vc's lend their own but demand control button and sizable profits in turn. However, your money and various resources than a venture capitalist brings are directly liable for many new products and services being received by this market. Ideas and plans alone never guarantee success. Venture capital plays an important role. It enables creative individuals and innovative companies to take new and far better products, services and info into the marketplace. Frankly speaking, investment plays a major role in enabling modern services and products into public consciousness.

To get more information about awards take a look at our new web site: click for more

Posted in: Business · Tagged: jefferson

Comments are closed.

← Previous Post

Next Post →

## Search

### Recent Posts

Figure out Knee Joint Replacement Stem Cells as Alternative Treatment

Experience Knee Joint Replacement Stem Cells as Alternative Treatment

Check out Knee Joint Replacement Stem Cells as Alternative Treatment

Choose Knee Joint Replacement Stem Cells as Alternative Treatment

Get a hold of Motor Club Of America and Stop Existing From Salary to Salary

### Recent Comments

Мистер WordPress on Привет, мир!

### Archives

November 2014

October 2014

September 2014

August 2014

July 2014

June 2014

March 2014

### Categories

Arts and Entertainment

Automotive

Business

Finance

Gaming

Home Improvement

Insurance

other